UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

POSITANO PLACE AT NAPLES I
CONDOMINIUM ASSOCIATION,
INC.,

    Plaintiff,

v.                                                    Case No.:  2:21-cv-178-SPC-MRM

EMPIRE INDEMNITY
INSURANCE COMPANY,

    Defendant.
_____/

## **OPINION AND ORDER**[1]

Over three months ago, the Court ordered this Hurricane Irma dispute to go to appraisal and stayed the case pending the completion of appraisal. (Doc. 60). But appraisal has not begun. Instead, Empire filed an interlocutory appeal (Doc. 61) and now asks the Court to stay appraisal pending the outcome of the interlocutory appeal (Doc. 63). The parties extensively briefed the issue. (Docs. 65, 68, 73, 76, 79).

Whether the Eleventh Circuit will accept jurisdiction over the interlocutory appeal is an open question. The parties are responding to a

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

jurisdictional question from the Eleventh Circuit. Empire has appealed similar cases and two have been stayed pending the Eleventh Circuit's decision on the same jurisdictional question. *See The Breakwater Commons Ass'n, Inc. v. Empire Indem. Co.*, 2:20-cv-31-JLB-NPM; *Creekside Crossings Condo. Ass'n, Inc. v. Empire Indem. Co.*, 2:20-cv-136-JLB-NPM.

This Court has "broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706-07 (1997). The Court exercises its discretion here to stay appraisal until the Eleventh Circuit decides whether it has jurisdiction to consider Empire's interlocutory appeal. As much as Empire requests a stay under 28 U.S.C. § 1292(b), the request is denied without prejudice to be refiled if the Eleventh Circuit does accept jurisdiction. If the Eleventh Circuit does not accept jurisdiction, appraisal will proceed. The parties need to update the Court either way.

Accordingly, it is now

**ORDERED:**

1. Defendant's Motion for Stay Order Pending Appeal (Doc. 63) is **GRANTED** to the extent that the Court exercises its discretion to stay appraisal until the Eleventh Circuit decides whether it has jurisdiction to consider Empire's interlocutory appeal; otherwise, the Motion is denied without prejudice.

2. The parties must provide the Court with a joint status update on the appeal proceedings by **July 22, 2022**, and every thirty days thereafter.

3. Defendant must inform the Court of the Eleventh Circuit's decision on the jurisdictional question within **3 days** of its issuance.

**DONE** and **ORDERED** in Fort Myers, Florida on June 22, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

3